

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable Charley Lockhart
State Treasurer
Austin, Texas

Dear Sir:                    Attention: H. Morris Stevens

                             Opinion No. O-3589
                             Re: Whether mortgage on irriga-
                                 tion machinery is subject
                                 to stamp tax.

        In your letter of May 16, 1941, you request our
opinion as to whether a chattel mortgage given by a farmer
on machinery attached to realty under the provisions of
Article 5498, Revised Civil Statutes, is subject to the
stamp tax levied by Article 7047e, Vernon's Annotated Civil
Statutes. From the general context of your letter it seems
that the particular types of machinery in which you are in-
terested are turbine pumps and motors used in pumping water
for irrigation purposes. Since mortgages on "farm imple-
ments" are exempt from the tax under the express provisions
of the statute the actual question involved is whether such
pumps and motors are farm implements. It is our opinion
that pumps and motors thus installed and used for farm ir-
rigation purposes are farming implements. From 25 C. J.
at page 674 we quote:

            "Farming tools and utensils. A term which
        has no well defined legal signification, but is
        susceptible to divers meanings, and is applica-
        ble to the various implements used in different
        branches of farming. It has been defined as such
        utensils or implements as are needed or used by the
        farmer in conducting his own farming operations.
        Its meaning is dependent on circumstances, and
        may be explained by extrinsic evidence. In French
        jurisprudence the word is used as synonymous with
        'agricultural instruments,' whatever may be their
        nature."

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

In Lahn & Co. v. Carr, 45 S. 707, the Louisiana Supreme Court held that a steam engine, used in connection with a pump for irrigating, with a thresher for threshing, and possibly with plows and harrows for cultivating, a crop of rice, and not shown to have been used for any other purpose than the cultivating and harvesting of said crop was a farming utensil or implement.

The engine and pump are active pieces of machinery. The drawing and spreading of the water is a farming operation and one which could not be accomplished without the use of such machinery.

It is our opinion that mortgages on such machinery alone, or on that and other farming implements only, are exempt from the tax in question.

Yours very truly

ATTORNEY GENERAL OF TEXAS

APPROVED MAY 23, 1941

FIRST ASSISTANT
ATTORNEY GENERAL

By Glenn R. Lewis

Glenn R. Lewis
Assistant

GRL:LM


APPROVED
OPINION
COMMITTEE
BY BWB
CHAIRMAN